United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JEFFERY SEILLER, | ) | |
| | ) | NO. C12-0001-RSM-MAT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING UNOPPOSED MOTION |
| MICHAEL ASTRUE, | ) | TO AMEND THE BRIEFING SCHEDULE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the motion to amend and the declaration of Amy Gilbrough it is hereby ordered that the briefing schedule in this matter is amended as follows:

- Plaintiff shall file the Opening Brief on or before May 3, 2012
- Defendant shall file the Responsive Brief on or before June 14, 2012.
- Plaintiff shall file the optional Reply Brief on or before June 21, 2012.

DATED this 3rd day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER - [C12-0001-RSM-MAT ]- 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900

1  Presented by:

2  S/Amy M. Gilbrough,
   Amy M. Gilbrough
3  Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - [C12-0001-RSM-MAT ]- 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900