UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY SEILLER,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C12-0001-RSM-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of her applications for Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate that, on remand: (1) the Administrative Law Judge (ALJ) will update the medical evidence of record, give further consideration to Dr. Redmon's opinion pursuant to 20 CFR §§ 404.1527, 416.927, and explain the weight given such evidence;

REPORT AND RECOMMENDATION
PAGE -1

(2) as appropriate, the ALJ may request that Dr. Redmon provide additional evidence and/or further clarification of his opinion and a medical source statement about what plaintiff can still do despite his impairments; (3) the Appeals Council will suggest the ALJ obtain evidence from a psychological medical expert to clarify the nature and severity of plaintiff's impairments pursuant to 20 CFR §§ 404.1527(f), 416.927(f); (4) the ALJ will give further consideration to plaintiff's maximum residual functional capacity (RFC) and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations pursuant to 20 CFR §§ 404.1545, 416.945; (5) the ALJ will give further consideration to plaintiff's past work, whether such work satisfies the requirements of past relevant work and, if so, whether he has the RFC to do any of his past relevant work, *see* 20 CFR §§ 404.1560, 416.960; and (6) the ALJ will obtain evidence from a vocational expert, if warranted by the expanded record, to clarify the effect of the assessed limitations on plaintiff's occupational base. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 6th day of July, 2012.

Mary Alice Theiler
United States Magistrate Judge